## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :     CR. NO. |
| v. | : |
| | :     (Judge         ) |
| VINCENT MINERVINI, | : |
| Defendant. | : |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
26 U.S.C. § 7206(1)
(Filing a False Document)

1.    On or about October 21, 2019, in Mifflin County, within the

Middle District of Pennsylvania, the defendant,

### VINCENT MINERVINI,

did willfully make and subscribe a Form 1040 (U.S. Individual Income

Tax Return) for tax year 2018, which was verified by a written

declaration that it was made under the penalties of perjury and which

he did not believe to be true and correct as to every material matter.

That document, which the defendant signed in the Middle District of

Pennsylvania and filed with the Internal Revenue Service, included

statements that the defendant knew to be false, to wit, a carried forward net operating loss, expenses reported in a Form Schedule C (Profit or Loss from Business), and gross receipts or sales reported in a Form Schedule C. These false statements had the effect of reducing the defendant's taxable income for tax year 2018 from approximately $437,417.00 to a negative amount and reducing the defendant's tax then due and owing by approximately $134,264.00.

All in violation of Title 26, United States Code, Section 7206(1).

GERARD M. KARAM
United States Attorney

Date:___8/7/2024___

By:

RAVI ROMEL SHARMA
Assistant United States Attorney

2