UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 1:24-CR-212 |
| v. | : | (Judge Mehalchick) |
| VINCENT MINERVINI | : | |
| Defendant. | : | (Electronically Filed) |

## ORDER

AND NOW this 12th day of June, 2025, upon consideration of the Government's Unopposed Motion for Extension of Time to File Sentencing Memorandum, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

The Government shall file its Sentencing Memorandum on or before June 26, 2025.

*Karoline Mehalchick*
_____
KAROLINE MEHALCHICK
United States District Judge